# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ERGON – ST. JAMES, INC.** | * | **CIVIL ACTION NO.** |
| | * | |
| **PLAINTIFF** | * | |
| | * | **JUDGE** |
| versus | * | |
| | * | |
| **M/V SHANDONG FU EN, *IN REM*** | * | **MAG. JUDGE** |
| | * | |
| **DEFENDANT** | * | |

## VERIFICATION OF SHANE ROUGEE UNDER 28 USC 1746

1.   I am the Terminal Manager of Ergon - St. James, Inc.

2.   I have read the foregoing Complaint and know the contents thereof and the same is true and correct to the best of my knowledge.

3.   The sources of my information and grounds of my belief are my personal knowledge and records of Ergon - St. James, Inc., its officers and agents.

_____

SHANE ROUGEE

{N3575991.1}