UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERGON – ST. JAMES, INC. | CIVIL ACTION NO.: 18-cv-3648 |
| VERSUS | SECTION: B     DIVISON:5 |
| M/V SHANDONG FU EN, *in rem* | JUDGE IVAN L.R. LEMELLE |
| | MAG. JUDGE JANIS VAN MEERVELD |

**COMPLAINT IN INTERVENTION**

The Complaint of Intervenors, Crescent Towing & Salvage Co., Inc. ("Crescent") and Cooper/T. Smith Mooring Co., Inc. ("CTS Mooring"), against Defendant, M/V SHANDONG FU EN, *in rem*, in a cause of action under Rule C of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, avers as follow:

1.

At all times hereinafter, Intervenor, Crescent, was and is now a corporation organized under the laws of the state of Louisiana with its principal place of business located in New Orleans, Louisiana, who is authorized to do business within the State of Louisiana.

2.

At all times hereinafter, Intervenor, CTS Mooring, was and is now a corporation organized under the laws of the state of Louisiana with its principal place of business located in New Orleans, Louisiana, who is authorized to do business within the State of Louisiana.

3.

At all times hereinafter, Defendant, M/V SHANDONG FU EN (the "Vessel") was a bulk carrier under call sign VRQG6, IMO No. 9734719, with an overall length of 229 meters, overall

breadth of 32.26 meters, and flying under the flag of Hong Kong.  The Vessel is presently in the jurisdiction of the Eastern District of Louisiana but is scheduled to sail on the afternoon of April 26, 2018 or April 27, 2018.

4.

This is a claim, *in rem*, under the maritime jurisdiction of the United States and this Honorable Court in accordance with 28 U.S.C. § 1333, Rule 9(h) of the Federal Rules of Civil Procedure, and Rule C of the Supplemental Rules for Certain Admiralty & Maritime Claims.

5.

Crescent provided harbor tugs for docking, undocking, and assisting the M/V SHANDONG FU EN within the jurisdiction of the Eastern District of Louisiana between April 6, 2018 and April 26, 2018.  The work, as directed, was for towage and necessaries in the jurisdiction of the Eastern District of Louisiana which gives rise to maritime liens under the law.

6.

CTS Mooring provided linesmen/mooring services to the M/V SHANDONG FU EN within the jurisdiction of the Eastern District of Louisiana between April 6, 2018 and April 26, 2018.  The work was for mooring assistance and necessaries in the jurisdiction of the Eastern District of Louisiana which gives rise to maritime liens under law.

7.

The services provided by Crescent for towage/necessaries was for approximately $658,767.59, which has not been paid despite demand.  The services provided by CTS Mooring for mooring assistance/necessaries was for $2,147.90, which has not been paid despite demand. The Vessel is presently in the jurisdiction of the Eastern District of Louisiana but is scheduled to sail on April 26, 2018 or April 27, 2018.

8.

A suit has been filed in the above-referenced matter by another party, Ergon – St. James, Inc., claiming a lien for damages to its property and other expenses and losses.  The instant Complaint of Intervention arises out of the same voyage/subject matter and accordingly, Crescent and CTS Mooring are entitled to intervene and assert their maritime liens/claims against the Vessel, *in rem*, in accordance with Rule 24 of the Federal Rules of Civil Procedure and Rule C of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions

WHEREFORE, Intervenors, Crescent Towing & Salvage Co., Inc. and Cooper/T. Smith Mooring Co., Inc., pray that:

1. A copy of the Verified Complaint of Intervention be served upon the Vessel, *in rem*;
2. All persons claiming any right, title, or interest in the Vessel her engines, boilers, tackle, appurtenances, etc., be summoned to appear, file their claim, as owner, and to answer under oath all and singular the matters aforesaid, and that after due proceedings, said Vessel be condemned and sold to pay the demands aforesaid, with interest costs, and disbursements;
3. That the Court recognize a maritime lien against the Defendant, *in rem*, in favor of Crescent Towing and Salvage Co., Inc. in the amount of approximately $658,767.59;
4. That the Court recognize a maritime lien against the Defendant, *in rem*, in favor of Cooper/T. Smith Mooring Co., Inc. in the amount of approximately $2,147.90;
5. That a Warrant of Arrest be issued calling for the Vessel to be seized to satisfy the Intervenors' claim; and
6. That Judgment be entered in favor of Crescent Towing & Salvage Co., Inc. and Cooper/T. Smith Mooring Co., Inc. against the Vessel, *in rem*, in the amounts of approximately $658,767.59 and $2,147.90 respectively, together with all other amounts shown at trial

including, but not limited to, attorney fees, and that this Judgment be recognized as a priority claim based upon the Federal Maritime Lien Act so that it is paid in preference and priority to all other claims of liens including any ship mortgage(s).

          Respectfully submitted:

          SALLEY HITE MERCER & RESOR, LLC

          */s/ Kevin Frey*
          DAVID M. FLOTTE T.A. (#1364)
          KEVIN M. FREY (#35133)
          365 Canal Street
          One Canal Place, Suite 1710
          New Orleans, Louisiana 70130
          Tel.:   (504) 566-8800
          Fax:   (504) 566-8828
          Email: dflotte@shmrlaw.com
                  kfrey@shmrlaw.com

          Counsel for Crescent Towing & Salvage Co., Inc. and Cooper/T. Smith Mooring Co., Inc.

## CERTIFICATE OF SERVICE

     I hereby certify that on April 26, 2018, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all persons electronically noticed.

          */s/ Kevin Frey*
          KEVIN M. FREY

**PLEASE SERVE AND ARREST:**

1.    **M/V SHANDONG FU EN,** which is currently at Magnolia Anchorage within the jurisdiction of the Eastern District of Louisiana