UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERGON – ST. JAMES, INC. | CIVIL ACTION NO.: 18-cv-3648 |
| VERSUS | SECTION: B   DIVISON:5 |
| M/V SHANDONG FU EN, *in rem* | JUDGE IVAN L.R. LEMELLE |
| | MAG. JUDGE JANIS VAN MEERVELD |

### **VERIFICATION**

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, THE UNDERSIGNED AUTHORITY, personally came and appeared DAVID M. FLOTTE, who, after being duly sworn, did say,

> I am an attorney representing Intervenors, Crescent Towing & Salvage Co., Inc. and Cooper/T. Smith Mooring Co., Inc., in this matter and that the information set forth in this Complaint is true and correct based upon information provided by my clients and documentation supplied to me and grounds exist for the arrest of the M/V SHANDONG FU EN under Rule C of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

_____
KEVIN M. FREY

SWORN AND SUBSCRIBED BEFORE ME, NOTARY, THIS 26th DAY OF April 2018.

NOTARY PUBLIC

_____
Name        LA Bar #

MARCELLE P. MOULEDOUX
NOTARY PUBLIC
LA BAR No. 30339
Parish of Orleans, State of Louisiana
My Commission is Issued for Life