UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERGON-ST. JAMES, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-3648** |
| **M/V SHANDONG FU EN,** *IN REM* | **SECTION "B"(1)** |

### ORDER OF PARTIAL DISMISSAL

Considering the "Motion for Dismissal of the Intervention with Prejudice" (Rec. Doc. 22) filed by Plaintiffs in Intervention Crescent Towing & Salvage Co., Inc. and Cooper/T. Smith Mooring Co., Inc., which states "that all differences and disputes between the Intervenors and the Defendant, M/V SHANDONG FU EN, *in rem*, have been settled and compromised,"

**IT IS ORDERED** that the motion is **GRANTED**. The claims asserted by Plaintiffs in Intervention Crescent Towing & Salvage Co., Inc. and Cooper/T. Smith Mooring Co., Inc. against M/V SHANDONG FU EN, *in rem*, are **DISMISSED WITH PREJUDICE**, each settling party to bear its own costs.

New Orleans, Louisiana, this 12th day of June, 2018.

SENIOR UNITED STATES DISTRICT JUDGE