**Wogan, Ford**

| | |
|---|---|
| **From:** | Rice, Barrett |
| **Sent:** | Friday, April 5, 2019 4:59 PM |
| **To:** | 'Kevin LaVie (1211)' |
| **Subject:** | RE: Ergon |

Hey Kevin-

We have a deal at ███ Okay to fund in more than 30 as long as within 45 days. Happy Friday!

Yours,

Barrett

**C. Barrett Rice** | Partner
Jones Walker LLP
D: 504.582.8238
brice@joneswalker.com

**From:** Kevin LaVie (1211)
**Sent:** Friday, April 5, 2019 2:55 PM
**To:** 'eFile-vanMeerveld@laed.uscourts.gov'
**Cc:** Rice, Barrett
**Subject:** [EXTERNAL] RE: Ergon

Judge,

I just spoke to Barrett. She is speaking to her folks and expects to be sending me written confirmation of settlement soon. I told her we would need 30, maybe 45 days to fund, though it could be quicker. One of us will let you know as soon as it is appropriate to issue a minute entry. Thanks for all of your help and have a good weekend.

**Kevin J. LaVie**
Phelps Dunbar LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130
Direct: 504-584-9211
Mobile: 504-495-1049
Fax: 504-568-9130
Email: kevin.lavie@phelps.com

**EXHIBIT 1**



CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.

**From:** Janis_vanMeerveld@laed.uscourts.gov <Janis_vanMeerveld@laed.uscourts.gov> **On Behalf Of** eFile-vanMeerveld@laed.uscourts.gov
**Sent:** Friday, April 5, 2019 2:26 PM
**To:** Kevin LaVie (1211) <Kevin.LaVie@phelps.com>
**Subject:** RE: Ergon

That amount should do it! You call her. Let me know if there is any problem. And let me know if we are good to put in a minute entry. Thanks so much.

From: "Kevin LaVie (1211)" <Kevin.LaVie@phelps.com>
To: "'eFile-vanMeerveld@laed.uscourts.gov'" <eFile-vanMeerveld@laed.uscourts.gov>
Date: 04/05/2019 01:43 PM
Subject: RE: Ergon

Dear Judge van Meerveld,

I have authority for ████████ I will need a full 30 days or perhaps a bit longer (maybe 45 days) to fund it. Do you want me to call Barrett or do you want to handle that?

**Kevin J. LaVie**
Phelps Dunbar LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130
Direct: 504-584-9211
Mobile: 504-495-1049
Fax: 504-568-9130
Email: kevin.lavie@phelps.com



**EXHIBIT 1**

CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.

**From:** Janis_vanMeerveld@laed.uscourts.gov <Janis_vanMeerveld@laed.uscourts.gov> **On Behalf Of** eFile-vanMeerveld@laed.uscourts.gov
**Sent:** Thursday, April 4, 2019 8:51 AM
**To:** Kevin LaVie (1211) <Kevin.LaVie@phelps.com>
**Subject:** Re: Ergon



From: eFile-van Meerveld/LAED/05/USCOURTS
To: "Kevin LaVie (1211)" <Kevin.LaVie@phelps.com>
Date: 04/02/2019 08:15 AM
Subject: Re: Ergon
Sent by: Janis vanMeerveld

From: "Kevin LaVie (1211)" <Kevin.LaVie@phelps.com>
To: "'efile-vanmeerveld@laed.uscourts.gov'" <efile-vanmeerveld@laed.uscourts.gov>
Date: 04/02/2019 07:53 AM
Subject: Ergon

**EXHIBIT 1**

**Kevin J. LaVie**
Phelps Dunbar LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130
Direct: 504-584-9211
Mobile: 504-495-1049
Fax: 504-568-9130
Email: kevin.lavie@phelps.com



CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.

**EXHIBIT 1**

# Wogan, Ford

| | |
|---|---|
| **From:** | Moss, LeeAnn |
| **Sent:** | Wednesday, May 8, 2019 2:30 PM |
| **To:** | Kevin.LaVie@phelps.com |
| **Cc:** | Tillery, Jeff; Rice, Barrett |
| **Subject:** | SHANDONG - Signed Release |
| **Attachments:** | Ergon Executed release 4.24.19.pdf |

Good afternoon Mr. Lavie,

Attached please find the executed release from Ergon in the above referenced matter.   If you need anything further, please let me know.

Thank you,

**LeeAnn Moss**
Legal Secretary to C. Barrett Rice
D: 504.582.8423
LMoss@joneswalker.com



Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
**joneswalker.com**

1

**EXHIBIT 2**

## RECEIPT, RELEASE AND SETTLEMENT AGREEMENT

This Wharf Damage Receipt, Release and Settlement Agreement ("Agreement") is made by and between Ergon – St. James, Inc. and all of its related, affiliated, parent and subsidiary entities (sometimes hereinafter referred to as the "Claimants") and Compass Shipping 10 Corp. Ltd., Thome Ship Management Pte Ltd., SDTR Marine Pte Ltd., The Swedish Club and the M/V SHANDONG FU EN *in rem* (sometimes hereinafter collectively referred to as the "SHANDONG interests") (Claimants and SHANDONG interests are sometimes hereinafter collectively referred to as the "Parties," or individually as the "Party"). This Agreement constitutes a full and final settlement between the Parties and is effective after all Parties have executed this Agreement and the Agreed Payment (as defined below) has been received by Claimants.

WHEREAS, Claimants are the owners and operators of a crude oil terminal located at LMR Mile 160.7 on the west bank of the Mississippi River in St. James Parish, hereinafter "the Wharf;" and

WHEREAS, on or about April 6, 2018, M/V SHANDONG was proceeding downriver on the Mississippi River, and came in contact with the Wharf (hereinafter the "Incident"); and

WHEREAS, Claimants made a demand against SHANDONG interests for the Wharf damages and other costs arising out of the Incident referenced hereinabove (hereinafter the "Claim"); and

**EXHIBIT 2**

WHEREAS, the Parties desire to compromise and settle all claims and causes of action of any kind whatsoever that the Parties now have, or may have in the future, in any way arising out of the facts related to the Claim;

WHEREAS, the Parties each now desire on a full and final basis to settle and adjust all claims between the Parties, including without limitation Claimants' claims for damage and/or destruction to the Wharf, loss of use, lost profits and all related losses, for the good and valuable consideration herein contained, including without limitation the payment of ██████████ ██████████████████████████████ by SHANDONG interests to Claimants (the "Agreed Payment").

NOW, THEREFORE,

FOR AND IN CONSIDERATION of the mutual agreements, covenants and conditions herein contained, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, SHANDONG interests agree to pay the Agreed Payment of ██████████████████ ███████████ to Claimants within 45 days of the date settlement was agreed, April 5, 2019.

IN FURTHER CONSIDERATION of the mutual agreements, covenants and conditions herein contained, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties agree as follows: Claimants do hereby release, remise, acquit and forever discharge the SHANDONG interests *in personam*, their successors, assigns, agents, brokers, servants, employers, employees, underwriters, insurers, stockholders, parent,

subsidiary, and affiliated companies, and the vessel M/V SHANDONG FU EN, *in rem*, as well as her master(s), pilot(s), owners, managers and operators (including but not limited to Compass Shipping 10 Corp. Ltd., Thome Ship Management Pte Ltd., SDTR Marine Pte Ltd.); and their agents, charterers, managers, underwriters (including but not limited to The Swedish Club), officers, crewmembers, and/or any and all other persons or parties who may at any time have an interest in said vessel, of and from any and all rights, claims, subrogated claims, insured interests, liens, remedies, or causes of action of whatever nature or kind, whether in law, in equity, or in admiralty, for damages or losses arising out of the afore-described damage to the Wharf, whether direct or indirect, whether for physical damage, response costs, loss of income, loss of use and enjoyment of the Wharf, loss of profits, consequential damages and/or survey expenses and/or other incidental costs and expenses related to the damage to the Wharf, whether now known or hereinafter discovered.

IN FURTHER CONSIDERATION of the Agreement made by the respective Parties, and of this release being granted as aforesaid, Claimants warrant that they have paid and/or will pay all contractor/subcontractor and materials invoices related to the Claim, and that Claimants alone are entitled to make the claim for the damages to the Wharf, and in particular for the damages and costs claimed to date by Claimants, or that could ever be claimed by Claimants, including but not limited to any and all alleged business loss/interruption damages; incidental damages; consequential damages; contractor/

subcontractor and material claims; alternate transportation and storage costs; and survey fees, arising out of or in any way connected with damage to the Wharf and which are released herein. Accordingly, Claimants agree to protect, indemnify, defend, and hold harmless SHANDONG interests from any and all claims or demands by or through the indemnifying party for any liability, including without limitation physical damage and related expenses to their respective property, arising out of or in any way connected with the afore-described Incident and Claim.

IN FURTHER CONSIDERATION of the settlement agreement made by the respective parties, and of this Release being granted as aforesaid, Claimants hereby assign its Claim to SHANDONG interests, to pursue recovery of the settlement amount of ████████████████ at their sole expense, against Charterers in Arbitration.

IN FURTHER CONSIDERATION of the payments herein made, claimants agree to dismiss, with prejudice, and with each party to bear its own costs, all court actions filed on its behalf seeking to recover for the Claim, including but not limited to the action filed in the United States District Court for the Eastern District of Louisiana captioned "Ergon – St. James, Inc., plaintiff v. M/V SHANDONG FU EN, in rem, defendant," bearing Civil Action No. 18-3648 "B" (1).

IN FURTHER CONSIDERATION of the settlement agreement and payments made herein, claimants will promptly return to counsel for the SHANDONG interests the original Letter of Undertaking issued for this Claim.

**EXHIBIT 2**

IN FURTHER CONSIDERATION, the parties agree that the U.S. District Court for the Eastern District of Louisiana shall adjudicate any dispute concerning the Settlement Agreement above, pursuant to U.S. General Maritime Law or the Laws of the State of Louisiana, whichever is determined applicable to the disputed issue at hand.

The Parties to this Agreement understand that this Agreement is a compromise of disputed claims and that payment is not to be construed as an admission of liability on the part of any Party hereto, each of whom expressly denies liability.

The agreements and covenants set forth in this Agreement shall survive the execution hereof. If any term or provision of this Agreement shall be held to be invalid or unenforceable for any reason, such term or provision shall be ineffective only to the extent of such invalidity or unenforceability without invalidating the remaining terms and provisions hereof, and this Agreement shall be construed as if such invalid or unenforceable term or provision had not been contained herein, provided, however, that the foregoing shall in no way be interpreted or construed to affect the enforceability of the release provisions of this Agreement.

This Agreement may be executed in any number of counterparts, each of which shall be deemed an original, but all of which together shall be deemed one and the same instrument. The facsimile copy or electronic transmission of a Party's signature on this Agreement will be valid for all purposes as if such signature were an original.

**EXHIBIT 2**

THUS DONE AND EXECUTED in multiple originals on the dates and at the locations noted below.

| WITNESSES: | M/V SHANDONG FU EN, Compass Shipping 10 Corp. Ltd., Thome Ship Management Pte Ltd., SDTR Marine Pte Ltd., The Swedish Club; and other vessel related entities and persons |
|---|---|
| _____ | **PHELPS DUNBAR LLP** |
| _____ | _____<br>Kevin J. LaVie<br>365 Canal Street, Suite 2000<br>New Orleans, LA  70130<br>Telephone: (504) 566-1311<br>Telecopier: (504) 568-9130<br>Duly Authorized<br><br>Date: _____ |
| WITNESSES:<br><br>*/s/ Tishi Grantham*<br><br>*/s/ Leslie Grantham* | ERGON – ST. JAMES, INC., and all related, affiliated, parent and subsidiary entities<br><br>Houston R. Ezell<br>Vice President- Risk Management<br>2829 Lakeland Drive<br>Flowood, MS 39232<br>601-933-3515<br><br>*/s/ Houston Ezell*<br>Date: 5/8/19 |

**EXHIBIT 2**