# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ERGON – ST. JAMES, INC.** | * | **CIVIL ACTION NO.  18-3648** |
| | * | |
| **PLAINTIFF** | * | |
| | * | **JUDGE LEMELLE** |
| **versus** | * | |
| | * | |
| **M/V SHANDONG FU EN,** *IN REM* | * | **MAG. JUDGE van MEERVELD** |
| | * | |
| **DEFENDANT** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ERGON'S STATEMENT OF UNCONTESTED FACTS IN SUPPORT OF MOTION TO ENFORCE SETTLEMENT AGREEMENT OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT TO ENFORCE SETTLEMENT AGREEMENT

**MAY IT PLEASE THE COURT:**

Pursuant to Fed. R. Civ. P. 56, Plaintiff, Ergon - St. James, Inc. ("Ergon"), submits the following Statement of Uncontested Material Facts in support of its Motion to Enforce Settlement Agreement or, Alternatively, for Summary Judgment to Enforce Settlement Agreement:

1.  On April 5, 2019, the parties reached a full and final settlement agreement whereby Ergon agreed to settle any and all claims against Defendant, M/V SHANDONG FU EN, and its Underwriters for a sum certain.[1]

2.  Magistrate Judge van Meerveld issued a Minute Entry on April 8, 2019 noting and acknowledging the settlement.  [R. Doc. 35.]

3.  On April 9, 2019, the Court issued its Order of Dismissal, noting and acknowledging that "all of the parties to this action have firmly agreed upon a compromise."  [R. Doc. 36.]

---

[1]      Exhibit 1.

4.      At the time of settlement, it was contemplated between the parties that Defendant, M/V SHANDONG FU EN, and its Underwriters would "need 30, maybe 45 days to fund."[2]

5.      Counsel for Defendant, M/V SHANDONG FU EN, and its Underwriters forwarded a 'Receipt, Release and Settlement Agreement' ("Release") to undersigned counsel.

6.      The Release explicitly noted that payment would be made within forty-five (45) days of April 5, 2019, the date of settlement[3]

7.      Ergon executed the Release on May 8, 2019 and sent it back to counsel for Defendant, M/V SHANDONG FU EN, and its Underwriters, that same day.[4]

8.      The 45-day period for payment has now elapsed.

9.      Payment has not been made by Defendant, M/V SHANDONG FU EN, and its Underwriters.

---

[2]      *Id.*
[3]      Exhibit 2.
[4]      *Id.*

Respectfully submitted,

*/s/ Jefferson R. Tillery*

C. BARRETT RICE (#30034)
JEFFERSON R. TILLERY (#17831)
HANSFORD P. WOGAN (#34825)
JONES WALKER LLP
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone:    (504) 582-8238
Facsimile:    (504) 589-8238
E-Mail:       brice@joneswalker.com
              jtillery@joneswalker.com
              fwogan@joneswalker.com

*Attorney for Plaintiff, Ergon – St. James, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been sent to opposing counsel, via CM/ECF electronic filing, via facsimile, via e-mail and/or by placing a copy of same in the U.S. mail, properly addressed, postage prepaid, this 23rd day of May 2019.

*/s/ Jefferson R. Tillery*

JEFFERSON R. TILLERY